

**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**

May 12, 2015

14th Court of Appeals

301 FANNIN, SUITE 245
HOUSTON, TX 77002

Dear Sir or Madam:

Please be advised that the defendant in the above styled and numbered cause received his/her clerk's record on 04/22/2015.

Trusting this information will prove helpful, I remain.....

Sincerely,

Naomi Salinas, Deputy
Criminal Post Trial

CauseNo. 1319081 & 1387990

262ND DISTRICT COURT
The State of Texas

Vs.

BRYANT CARTER

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/13/2015 2:21:05 PM

CHRISTOPHER A. PRINE
Clerk

1201 Franklin   •   P.O. Box 4651   •   Houston, Texas 77210-4651     REV. 01-08-03

S:FormsLib\Crim\PostTrial\Appeal        Page 1 of 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 6.70 |
| Certified Fee | 3.36 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.70 |

RECEIVED
MR
Postmark Here
APR 1 2015
Chris Daniel
District Clerk

Sent To
BRYANT CARTER/TDCJ #01958282
Street, Apt. No.; or PO Box No.
Barry B. Telford Unit
3899 Highway 98
City, State, ZIP+4
New Boston, TX 75570
#1319081 & 1387990/262nd/14th COA

PS Form 3800, Jun

7004 2510 0002 8751 7315

• Sender: Please print your name, address, and ZIP+4® in this box

**CHRIS DANIEL**
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TEXAS 77210-4651

2015 APR 30 AM

Appeals — Salinas

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
C Yates   4-22-15

1. Article Addressed to:

**BRYANT CARTER/TDCJ #01958282**
Barry B. Telford Unit
3899 Highway 98
New Boston, TX 75570
#1319081 & 1387990/262nd/14th COA

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0002 8751 7315

PS Form 3811, July 2013   Domestic Return Receipt